**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NASHWAN AL-RAMER ABDULRAZZAQ <br><br> Petitioner, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Respondents. | Civil Action No. 17-1928 (EGS) |
| NASHWAN AL-TAMIR <br><br> Petitioner, <br><br> v. <br><br> JOSEPH R. BIDEN, *et al.*, <br><br> Respondents. | Civil Action No. 25-15 (EGS) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion filed on this day, it is hereby

**ORDERED** that Petitioner's Motion for Preliminary Injunction, ECF No. 183 in 17-cv-1928 and ECF No. 2 in 25-cv-15, is **GRANTED**; and it is further

**ORDERED** that Respondents and their officers, agents, servants, employees, attorneys, and all other persons in active concern or participation with them are **HEREBY ENJOINED** from

1

transferring Mr. al-Tamir to Iraq without his consent until the pending claims are resolved; and it is further

**ORDERED** that the parties shall post a public version of the Memorandum Opinion accompanying this Order on the docket for this case **FORTHWITH** and by no later than within 7 days of the date of this Order.

**SO ORDERED.**

Signed:    **Emmet G. Sullivan**
              **United States District Judge**
              **January 11, 2025**